IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES POSTAL SERVICE, | ) |
| *Petitioner*, | ) |
| v. | ) Case No. 15-1297 |
| POSTAL REGULATORY COMMISSION, | ) |
| *Respondent.* | ) |

## PETITION FOR REVIEW

The United States Postal Service petitions this Court for review of Postal Regulatory Commission ("Commission") Order Number 2623, *Order Resolving Issues On Remand*, in PRC Docket Number R2013-11R. In Order Number 2623, the Commission resolved the arguments presented in the wake of this Court's decision in *Alliance of Nonprofit Mailers, et al. v. Postal Regulatory Commission*, 790 F.3d 186 (D.C. Cir. 2015), which remanded an earlier decision of the Commission for further proceedings concerning the Postal Service's proposal to increase rates for market-dominant products under 39 U.S.C. § 3622(d)(1)(E) (allowing rates to be adjusted "due to either extraordinary or exceptional circumstances").

Order Number 2623 is located on the PRC's online docket at the following link: http://www.prc.gov/docs/92/92973/Order%20No.%202623.pdf. Order

1

Number 2623 was issued on July 29, 2015, and was posted on the PRC's online docket that same day, which constitutes service of the Order under the PRC's rules. *See* 39 C.F.R. § 3001.12(c). This Petition for Review is timely under 39 U.S.C. § 3663 because it was filed within 30 days after the Order was issued. This Court has jurisdiction to review an order of the PRC, and venue is proper in this Circuit. 39 U.S.C. § 3663.

Respectfully submitted,

THOMAS J. MARSHALL
General Counsel &
  Executive Vice President
United States Postal Service

R. ANDREW GERMAN
Managing Counsel, Legal Strategy
United States Postal Service
475 L'Enfant Plaza, SW
Washington, D.C. 20260-1127
(202) 268-3034

STEPHAN J. BOARDMAN
Chief Counsel
United States Postal Service
475 L'Enfant Plaza, SW
Washington, D.C. 20260-1127
(202) 268-7114

DAVID C. BELT
Appellate Counsel
United States Postal Service
475 L'Enfant Plaza, SW
Washington, D.C. 20260-1127
(202) 268-2945

*Attorneys for the United States Postal Service*

Dated:    August 28, 2015
        Washington, D.C.

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, I caused a copy of the foregoing Petition for Review to be served by First Class U.S. Mail, postage prepaid, on the following:

David A. Trissell
Postal Regulatory Commission
901 New York Avenue, NW, Suite 200
Washington, DC 20268-0001
*Counsel for the Postal Regulatory Commission*

James Waclawski
Public Representative
901 New York Ave. NW, Ste 200
Washington, DC 20268-0001

Peter D. DeChiara
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036-6976
*Counsel for National Association of Letter Carriers, AFL-CIO*

Jeremiah L. Morgan
William J. Olson
John S. Miles
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
*Counsel for Valpak Direct Marketing Systems, Inc., and Valpak Dealers' Association, Inc.*

Michael T. Anderson
Rebecca Golubock Watson
Murphy Anderson PLLC
1701 K Street NW, Suite 210
Washington, DC 20006
*Counsel for American Postal Workers Union AFL-CIO*

William B. Baker
Potomac Law Group, PLLC
1300 Pennsylvania Avenue, NW
Washington, DC 20004
*Counsel for National Postal Policy Council and Newspaper Association of America*

David F. Stover
GREETING CARD ASSOCIATION
2970 S. Columbus St., No. 1B
Arlington, VA 22206-1450

David M. Levy
Matthew D. Field
Ian D. Volner
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4732
*Counsel for Association for Postal Commerce, MPA – The Association of Magazine Media, Alliance of Nonprofit Mailers, and Direct Marketing Association, Inc.*

Maynard H. Benjamin, CAE
President & CEO
ENVELOPE MANUFACTURERS ASSOCIATION
500 Montgomery Street, Suite 550
Alexandria VA 22314

Hamilton Davison
President & Executive Director
AMERICAN CATALOG MAILERS ASSOCIATION
P.O. Box 41211
Providence, RI 02940-1211

Mury Salls
President
MAJOR MAILERS ASSOCIATION
DST Mailing Services
3531 Kilpatrick Lane
Snellville, GA 30039

Donna Hanbery
Hanbery & Turner, P.A.
33 South 6th Street, Suite 4160
Minneapolis MN 55402
*Counsel for Saturation Mailers Coalition*

4



Tonda F. Rush
CNLC, LLC
P.O. Box 50301
Arlington, VA 22205
*Counsel for National Newspaper Association*

Paul J. Boyle
Senior Vice President/Public Policy
NEWSPAPER ASSOCIATION OF AMERICA
4401 Wilson Boulevard, Suite 900
Arlington, Virginia 22203

Ken Garner
President & CEO
EPICOMM
1800 Diagonal Road, Suite 320
Alexandria VA 22314

David P. LeDuc
Senior Director, Public Policy
Software & Information Industry Association
1090 Vermont Avenue NW, Suite 600
Washington DC 20005

_____
DAVID C. BELT