# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 15-1297** | **September Term, 2014** |
| | **PRC-R2013-11R** |
| | **Filed On: August 31, 2015** [1570704] |

United States Postal Service,

    Petitioner

    v.

Postal Regulatory Commission,

    Respondent

## O R D E R

The petition for review in this case was filed and docketed on August 28, 2015, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 30, 2015 |
| Docketing Statement Form | September 30, 2015 |
| Procedural motions, if any | September 30, 2015 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 30, 2015 |
| Statement of Issues to be Raised | September 30, 2015 |
| Underlying Decision from Which Appeal or Petition Arises | September 30, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | October 15, 2015 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-1297** | **September Term, 2014** |

| | |
|---|---|
| Entry of Appearance Form | September 30, 2015 |
| Procedural motions, if any | September 30, 2015 |
| Certified Index to the Record | October 15, 2015 |
| Dispositive Motions, if any (Original and 4 copies) | October 15, 2015 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondent a certified copy of this order and a copy of the petition for review.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

BY: /s/
       Mayra L. Gallo
       Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases